IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY L. DUCOTE,

      Plaintiff,   No. CIV S-10-1531 EFB P

  vs.

STATE OF CALIFORNIA, et al.,

      Defendants.   <u>ORDER</u>

                                    /

      Plaintiff, a county inmate without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

////

1  Plaintiff indicates he is "unable to obtain" the required trust account statement, but does not
2  indicate why. Dckt. No. 2. He may comply with this requirement by having jail officials
3  complete the "Certificate" portion of the form application for leave to proceed *in forma*
4  *pauperis*.
5       Accordingly, plaintiff has 30 days from the date this order is served to submit the
6  required trust account statement. Failure to comply with this order will result in a
7  recommendation that this action be dismissed. The Clerk of the court is directed to send to
8  plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
9       So ordered.
10 DATED: June 29, 2010.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE